IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61844

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

THE RANCHERS DAUGHTER
MONTANA, LLC,

    Defendant.

_____

**PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby files this motion for an extension of time for defendant The Ranchers Daughter Montana, LLC ("Defendant") to file its Answer or responsive pleading, and in support thereof state as follows:

1. On October 4, 2024, Plaintiff filed his Complaint. See D.E. 1.

2. On December 3, 2024, Defendant was served with the Summons and Complaint. See D.E. 6. As such, Defendant's Answer or responsive pleading is due December 26, 2024.

3. On December 24, 2024, Defendant filed a Motion to Dismiss for Lack of Jurisdiction. See D.E. 8. Plaintiff's response is therefore due on or before January 7, 2025.

4. Given the intervening holidays and the fact that the parties are currently exploring settlement discussions, Plaintiff requests an additional fourteen (14) days to respond to the Motion to Dismiss (i.e., extending the deadline to January 21, 2025).

5. The requested relief is made in good faith. The relief being sought will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this Motion and (b) extending the deadline for Plaintiff to respond to the Motion to Dismiss to January 21, 2025.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Before filing this Motion, undersigned counsel conferred with counsel for Defendant who indicated that Defendant does not oppose the requested relief.

Dated: January 7, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.