IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61844

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

     Plaintiff,

v.

THE RANCHERS DAUGHTER
MONTANA, LLC,

     Defendant.

_____

**PLAINTIFF'S SECOND *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby files this motion for an extension of time for Plaintiff to file its Response to Defendant, The Rancher's Daughter ("Defendant"), Motion to Dismiss, and in support thereof state as follows:

1. On October 4, 2024, Plaintiff filed his Complaint. See D.E. 1.

2. On December 3, 2024, Defendant was served with the Summons and Complaint. See D.E. 6. As such, Defendant's Answer or responsive pleading is due December 26, 2024.

3. On December 24, 2024, Defendant filed a Motion to Dismiss for Lack of Jurisdiction. See D.E. 8. Plaintiff's response is therefore due on or before January 7, 2025.

4. On January 7, 2025, Plaintiff filed an Unopposed Motion for Extension of Time to File a Response to Defendant's Motion to Dismiss ("Motion"). See D.E. 11.

5. On January 7, 2025, the Court granted Plaintiff's Motion extending the response deadline to January 21, 2025. See D.E. 12.

6. The Parties are currently engaged in good faith settlement discussions which may result in full resolution of this dispute in lieu of protracted motion practice.

7. Further, undersigned counsel will be in trial from January 21, 2025 – January 24, 2025 in two different trials (with the first being in Miami, Florida and the second being in Stuart, Florida), both of which have occupied a substantial portion of undersigned counsel's time over the preceding 2 weeks.

8. The requested relief is made in good faith. The relief being sought will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this Second Motion and (b) extending the deadline for Plaintiff to respond to the Motion to Dismiss to February 4, 2025.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Before filing this Second Motion, undersigned counsel conferred with counsel for Defendant who indicated that Defendant does not oppose the requested relief.

Dated: January 17, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
　　Daniel DeSouza, Esq.
　　Florida Bar No.: 19291

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.