IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61844-MD

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

THE RANCHERS DAUGHTER
MONTANA, LLC,

    Defendant.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Jonathan Alejandrino, Esq., of the law firm of CopyCat Legal, PLLC, hereby files his Notice of Appearance as counsel for plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff"), and requests that copies of all correspondence, documents, pleadings, and other matters be served on the undersigned.

Dated: January 29, 2025.
                                      COPYCAT LEGAL PLLC
                                      3111 N. University Drive
                                      Suite 301
                                      Coral Springs, FL 33065
                                      Telephone: (877) 437-6228
                                      jonathan@copycatlegal.com

                                      By: /s/ Jonathan Alejandrino
                                            Jonathan Alejandrino, Esq.
                                            Florida Bar No.: 1035465

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Jonathan Alejandrino
Jonathan Alejandrino, Esq.