UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61844-CIV-DAMIAN/Valle

**PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.**,

 Plaintiff,
v.

**THE RANCHERS DAUGHTER
MONTANA, LLC**,

 Defendant.
_____/

## ORDER FOLLOWING STATUS CONFERENCE AND STAYING CASE

**THIS CAUSE** came before the Court following a Status Conference held on January 29, 2025 [ECF No. 20], at which counsel for Plaintiff, Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff"), and counsel for Defendant, The Ranchers Daughter Montana, LLC ("Defendant"), appeared before the undersigned to address pending matters. At the Status Conference, the Court also considered the parties' *Ore Tenus* Motion for Extension of Time to Respond to Motion to Dismiss (the "*Ore Tenus* Motion").

THE COURT has considered the *Ore Tenus* Motion and the pertinent portions of the record and is otherwise fully advised. At the Status Conference, the parties represented that they are endeavoring to reach a settlement of the claims in this matter. As a result, the parties requested *Ore Tenus* that the Court further extend the time for Plaintiff to respond to Defendant's Motion to Dismiss [ECF No. 8]. In light of the parties' representation that they

are engaged in efforts to resolve this case, and for the reasons stated and further detailed on the record at the Status Conference, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The *Ore Tenus* Motion for Extension of Time to Respond to Motion to Dismiss is **GRANTED**. Plaintiff shall respond to Defendant's Motion to Dismiss [ECF No. 8] **by February 18, 2025**.

2. The above-styled action is **STAYED until February 18, 2025**, to permit time to continue settlement discussions. During this period, the case shall be **ADMINISTRATIVELY CLOSED** without prejudice to the parties to file a stipulation for dismissal or request the Court reopen the case within that period.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending deadlines set forth in the Court's Scheduling Order [ECF No. 18] are **STAYED**.

Although this written Order is executed this 30th day of January 2025, the Court announced its rulings on the record at the Status Conference held January 29, 2025 [ECF No. 20], and, thus, this Order is effective as of January 29, 2025.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 30th day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**