UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61844-CIV-DAMIAN

**PREPARED FOOD PHOTOS, INC.**,

    Plaintiff,

v.

**THE RANCHERS DAUGHTER MONTANA, LLC**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement [ECF No. 22], filed February 14, 2025, indicating the parties have reached an agreement to resolve all issues in this matter and requesting thirty (30) days to finalize the settlement agreement.

THE COURT having reviewed the Notice, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

2. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions, including Defendant's Motion to Dismiss Plaintiff's Complaint [ECF No. 8], are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 18th day of February, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**